IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN LOWRY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4439

Opinion filed October 11, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Shawn Lowry, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DISMISSED. <u>See</u> Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, C.J., WETHERELL and ROWE, JJ., CONCUR.